The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>AUBREY TAYLOR,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>KENT POLICE DEPARTMENT,<br><br>        Garnishee. | NO.  2:19-MC-00120-RSL<br><br>(2:16-CR-0300-1)<br><br>**Order Terminating Garnishment Proceeding** |

    This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

    IT IS ORDERED that the garnishment is terminated and that Kent Police Department, is relieved of further responsibility pursuant to this garnishment.

//

---

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v .Aubrey Taylor and Kent Police Department,*  USDC#: 2:19-MC-00120-RSL/2:16-CR-03005-1)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 25th day of September, 2020.

*[signature: M S Lasnik]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v .Aubrey Taylor and Kent Police Department,* USDC#: 2:19-MC-00120-RSL/2:16-CR-03005-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970